## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SUSAN SCHUTZ,

     *Plaintiff*,

v.

HARVARD PILGRIM HEALTHCARE, INC.

     *Defendant.*

C.A. No. 19 CV 12381

Notice of Settlement

The Plaintiff to this action hereby gives notice on behalf of the parties that the matter set forth above has been resolved.  The parties intend to file a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in due course.

By Greene & Hafer,
Attorney for Plaintiff

/s/ Corinne Hood Greene
Corinne Hood Greene (#654311)
Greene & Hafer, LLC
529 Main St. Ste 124
Charlestown, MA 02129
cgreene@greeneandhafer.com
617-396-4600